## WORKS v. HICKERSON.

No. 5981.   Opinion Filed March 24, 1914.

*Error from County Court, Stephens County;*

*G. F. Womack, Special Judge.*

Action between George W. Works and W. P. Hickerson. From the judgment, the party first named brings error.   Dismissed.

*T. B. Reeder* and *A. W. Reynolds,* for plaintiff in error.

*H. B. Lockett* and *Riley & Neilson,* for defendant in error.

PER CURIAM.   For the reason that the judgment sought to be reversed was rendered and entered in February, 1913, and proceeding in error was not sought to be commenced until January 12, 1914, at which time a transcript of the record with petition in error were filed in this court, this cause must be dismissed, as the same was not commenced within six months from the rendition of the judgment complained of, as required by act approved February 13, 1911, Sess. Laws 1910-11, c. 18, p. 35.